To Whom it May Concern,

I Freddie Hunt JR want to file an appeal on my ~~CLH~~ Sentecing Please.

Thank you

Freddie Hunt

3-28-23

5:20CR00040-001

CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA
FILED

MAR 29 2023

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK